# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|  | ) | Under Chapter 13 |
| Angelica Ramirez | ) |  |
|  | ) | Case No. 23-05655 |
|  | ) |  |
| Debtor(s). | ) | Honorable Judge Janet S. Baer |

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

NOW COMES Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC, by and through its undersigned attorney, on its Objection to Confirmation of Chapter 13 Plan, and in support thereof states as follows:

1. Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC has a security interest in one 2018 Nissan Sentra Sedan 4D SV 1.8L I4, VIN 3N1AB7AP5JY217220, which was properly perfected by recording its lien on title. (Please see Exhibit A & B.)

2. Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC alleges the secured claim set forth in Debtor's Chapter 13 Plan is unacceptable. Debtor proposes a secured claim in the amount of $10,000.00.

3. Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC alleges the vehicle was purchased within 910 days of the petition date and therefore entitled to the petition balance of $11,550.15.

4. Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC, alleges the proposed interest rate of 6.000% is unacceptable and is requesting a minimum interest rate of 9.000%.

WHEREFORE, Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC respectfully requests this Court of entry of an Order denying confirmation and for such other and further relief as the Court deems just.

Respectfully submitted,

/s/ Jennifer Rinn

Jennifer Rinn
Rinn Richman Law
P.O. Box 465
Chicago, IL 60690
Phone: (586) 899-5086
jennifer@rinnrichmanlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Angelica Ramirez | ) | |
| | ) | Case No.23-05655 |
| | ) | |
| Debtor(s). | ) | Honorable Judge Janet S. Baer |

### NOTICE OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
### AND CERTIFICATE OF SERVICE

*AN OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN HAS BEEN FILED.

   Please be advised that the attached objection to confirmation of chapter 13 plan shall be presented on June 30, 2023, at 10:00 AM before the Honorable Janet S. Baer at Courtroom 615, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 pursuant to the notice generated by the court on May 22, 2023, to the following parties:

Via CM / ECF / NEF

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle,IL 60532
stearns_g@lisle13.com

Patrick S Layng
219 S Dearborn St, Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
david.freydin@freydinlaw.com

   The objection was further served by depositing a printed copy into the US Mail on May 22, 2023, with postage prepaid at the address listed on the creditor matrix, upon the following parties, others not served:

Via US Mail

Angelica Ramirez
294 E Crescent
Elmhurst, IL 60126

/s/  *Cathy Bush*
/s/ Cathy Bush
4515 N. Santa Fe Ave.,
Oklahoma City, OK 73118