## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-05655 |
| Angelica Ramirez | CHAPTER 13 |
| Debtor(s). | JUDGE Janet S. Baer |

### OBJECTION TO CONFIRMATION OF PLAN FILED APRIL 28, 2023

Navy Federal Credit Union, hereinafter referred to as "Creditor", by and through its attorneys, Diaz Anselmo & Associates, LLC , objects to the confirmation of the Chapter 13 plan for the following reasons:

1. This Court has jurisdiction pursuant to 28 U.S.C.§ 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L).

4. The debtor filed a petition for relief under Chapter 13 on April 28, 2023.

5. Navy Federal Credit Union holds a mortgage secured by a lien on debtor's real estate commonly known as 294 East Crescent Avenue, Elmhurst, Illinois 60126.

6. The creditor will be filing a claim for pre-petition arrears estimated to be $6,174.42.

7. The Chapter 13 plan provides that the Debtor will pay Navy Federal Credit Union arrears of $0.00.

8. The Chapter 13 plan is not feasible as it will not complete within 5 years. Therefore, the plan does not comply with the requirements of 11 U.S.C. § 1322(d).

9.       The Chapter 13 plan does not provide that the Creditor will be paid its secured claim of $6,174.42. Therefore, the plan does not comply with 11 U.S.C. § 1325(a)(5)(B).

WHEREFORE, Creditor prays for entry of Order Denying Confirmation of the Chapter 13 plan.

                                                                       Navy Federal Credit Union

                                                                      /s/Scott D. Nabke

Nisha B. Parikh | ARDC #6298613
Scott D. Nabke | WI Bar # 1037979
Diaz Anselmo & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B23050008

This law firm is deemed to be a debtor collector.